UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: PB Life and Annuity Co., Ltd.

Case No. 1: 26-cv-09795 (JLR)

**SCHEDULING ORDER**

JENNIFER L. ROCHON, United States District Judge:

On November 11, 2026, Appellant filed an emergency motion for a stay pending appeal under Federal Rule of Bankruptcy Procedure 8007(b); the motion was entered on the docket on November 17, 2026. Dkt. 2. On November 17, 2026, Appellees filed a memorandum of law in opposition. Dkt. 6.

This matter will be heard by the Court on **December 4, 2026, at 11:00am**. The hearing will be conducted virtually via Teams video. **Because Appellant is currently in the custody of the Federal Bureau of Prisons, parties shall advise the Court no later than November 23, 2026, on how best to ensure Appellant's appearance.** Counsel for Appellees shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 315 191 866#.

Dated: November 19, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge